```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
          -v-                                                      :    20-CR-326 (LTS)
                                                                   :
FRANCIS GUZMAN SANCHEZ and EDUARDO                                 :    ORDER
GARCIA,                                                            :
                                                                   :
                              Defendants.                          :
                                                                   X
---------------------------------------------------------------------
```

### ORDER

The Court has requested that an initial pretrial conference take place via teleconference on the morning of **July 22, 2020**, **at 10:30 a.m**.  No conference date and time can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 2 p.m. on July 22, 2020**, until further notice.

The Court has also requested that defense counsel be given an opportunity to speak with Defendant Garcia by telephone for fifteen minutes before the sentencing proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.  (Chambers will provide counsel with a telephone number at which the interpreter can be reached at the time of the pre-conference; it is counsel's responsibility to conference the interpreter in with the Defendant for the pre-conference.)

In advance of the conference, Chambers will email the parties with further information on how to access the conference.

SO ORDERED.

Dated: New York, New York
July 9, 2020

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge