

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2020

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

**Re:  *United States v. Francis Guzman Sanchez and Eduardo Garcia*, 20 Cr. 326**

Dear Judge Swain:

  The Government writes to respectfully request an adjournment of the upcoming status conference in the above-captioned case, currently scheduled for September 29, 2020. The parties are in discussions regarding further proceedings in this matter, including the possibility of pre-trial resolutions. Those discussions continue and are not anticipated to conclude by September 29. The parties do not anticipate seeking a trial or briefing schedule, and have no other applications to present to the Court. In light of the foregoing, and with the consent of defense counsel, the Government respectfully requests that the Court adjourn the conference to facilitate the parties' discussions.

  For the same reasons, the Government further requests that time be excluded under the Speedy Trial Act through the date of the next scheduled conference. *See* 18 U.S.C. § 3161(7)(A). Exclusion of time under the Speedy Trial Act will provide the parties sufficient time to further review, consider, and/or discuss discovery, and contemplate pre-trial motions or a potential pre-trial disposition; therefore, the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id*. Defense counsel for each defendant consent to the request for adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

The application is granted. The conference is adjourned to November 12, 2020, at 3:30 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through November 12, 2020, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. DE#36 resolved.

SO ORDERED.
Dated: 9/15/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

cc: All Counsel (via ECF)