

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2020

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Francis Guzman Sanchez and Eduardo Garcia*, 20 Cr. 326

Dear Judge Swain:

    The Government writes to respectfully request an adjournment of the upcoming status conference in the above-captioned case, currently scheduled for December 15, 2020.  The parties are still in discussions regarding further proceedings in this matter, including the possibility of pre-trial resolutions. Those discussions continue and are not anticipated to conclude by the date of the scheduled conference. The parties do not anticipate seeking a trial or briefing schedule, and have no other applications to present to the Court. In light of the foregoing, and with the consent of defense counsel, the Government respectfully requests that the Court adjourn the conference to facilitate the parties' discussions.

    For the same reasons, the Government further requests that time be excluded under the Speedy Trial Act through the date of the next scheduled conference. *See* 18 U.S.C. § 3161(7)(A). Exclusion of time under the Speedy Trial Act will provide the parties sufficient time to further consider and discuss a potential pre-trial disposition; therefore, the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id*.  Defense counsel for each defendant consent to the request for adjournment and exclusion of time.

    Should the Court, however, proceed with the conference as scheduled, the parties are available and amenable to proceeding by teleconference.

The foregoing adjournment and speedy trial time exclusion requests are granted for the reasons stated above.  The conference is adjourned to January 19, 2021, at 3:00 p m., and the time from today through that date is excluded from speedy trial computations.  DE#41 resolved.
SO ORDERED.
12/1/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

cc:  All Counsel (via ECF)