

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

**Re:** *United States v. Francis Guzman Sanchez and Eduardo Garcia*, 20 Cr. 326

Dear Judge Swain:

      The Government writes to respectfully request that the upcoming status conference in the above-captioned case, currently scheduled for April 12, 2021, be rescheduled to April 15, 2021 at 10 a.m. to facilitate the schedules of all the parties. The Government has been in discussions with each defense counsel regarding further proceedings in this matter, and it is anticipated that the additional time will facilitate the resolution of the discussions. Defense counsel consent to the requested adjournment, and have indicated that they are available at the proposed date and time.

      For the same reasons, the Government further requests that time be excluded under the Speedy Trial Act through the date of the next scheduled conference. *See* 18 U.S.C. § 3161(7)(A). Exclusion of time under the Speedy Trial Act will provide the parties sufficient time to further consider and discuss potential pre-trial dispositions; therefore, the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id*.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

The foregoing adjournment and speedy trial time exclusion requests are granted for the reasons stated above.  The conference is adjourned to April 15, 2021, at 9:00 a.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 15, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  DE#48 resolved.

SO ORDERED.
Dated: April 7, 2021
/s/ Laura Taylor Swain, U.S.D.J.

    cc: All Counsel (via ECF)