UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,            :

      -v-                               :        20-CR-326 (LTS)

FRANCIS GUZMAN SANCHEZ and EDUARDO  :
GARCIA,                                      :

             Defendants.          :
                                                       X
-------------------------------------------------------------------

## ORDER

A telephonic pretrial conference is scheduled to take place in the above captioned case on **April 15, 2021, at 9:00 a.m.**

To access the call, Defendants and counsel must dial **888-363-4734**, enter the access code **1527005#**, and the security code **2271#**. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.) Chambers will provide counsel with a telephone number at which the interpreter can be reached prior to the conference.

Counsel should adhere to the following rules and guidelines during the conference:

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel

    should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited.  <u>See</u> Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).

    SO ORDERED.

Dated: April 8, 2021                            /s/ Laura Taylor Swain  
       New York New York                LAURA TAYLOR SWAIN  
                                         United States District Judge